### 71970. MATTHEWS v. THE STATE.
(345 SE2d 354)

BENHAM, Judge.

Appellant was convicted of theft by shoplifting and sentenced to 12 months, four months to be served at a diversion center and eight months on probation. Her attorney filed a motion to withdraw as counsel pursuant to *Anders v. California,* 386 U. S. 738 (87 SC 1396, 18 LE2d 493) (1967). In accordance with *Anders*, counsel has filed a brief raising points of law which he considered could arguably support an appeal. We are in agreement with counsel that none of the points raised, though persuasively presented, has any merit. We have therefore granted the motion to withdraw. In addition, we have fully examined the record and transcript to determine independently if there are any meritorious errors of law. We have found none. We are satisfied that the evidence produced at trial was sufficient to authorize any rational trier of fact to find appellant guilty beyond a reasonable

doubt of the crime charged. *Jackson v. Virginia*, 443 U. S. 307 (99 SC 2781, 61 LE2d 560) (1979); *Baldwin v. State*, 153 Ga. App. 35, 37 (264 SE2d 528) (1980).

*Judgment affirmed. Deen, P. J., concurs. Beasley, J., concurs in the judgment only.*

DECIDED APRIL 10, 1986.

*Darrell E. Wilson, District Attorney,* for appellee.